FILED

07/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0187

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0187

IN THE MATTER OF THE
MENTAL HEALTH OF

P.G.J.,

Respondent and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time,

and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension

of time to and including August 16,2024, within which to prepare, file,

and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 10 2024